NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JULIUS L. ARNADE,                          )
                                           )
            Appellant,                     )
                                           )
v.                                         )      Case No. 2D18-2889
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
_____)

Opinion filed June 28, 2019.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Christopher E. Cosden, Fort Myers, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and David Campbell and
Pamela Cordova Papasov, Assistant
Attorneys General, Tampa, for Appellee.

PER CURIAM.

            Affirmed.

KELLY, KHOUZAM, and SMITH, JJ., Concur.